UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

RAVE SALON INC. d/b/a Joosie Vapes, et al. §
                              *Plaintiff*    §
                                             §
                                             §
                                             §
              v.                             §   Case No. _____
                                             §
                                             §
U.S. FOOD & DRUG ADMIN., et al.              §
                              *Defendant*    §
                                             §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Pacific Legal Foundation _____, with offices at

930 G Street _____
(Street Address)

Sacramento _____   CA _____   95814 _____
(City)                                 (State)         (Zip Code)

(916) 419-7111 _____   (916) 419-7747 _____
(Telephone No.)                       (Fax No.)


**II.**   Applicant will sign all filings with the name  Thomas A. Berry _____.


**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Rave Salon Inc. d/b/a Joosie Vapes




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

_____California_____, where Applicant regularly practices law.

Bar license number: _317371_   Admission date: _12/6/2017_

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Virginia State Courts | October 20, 2016 | Active |
| Eastern District of California | January 12, 2018 | Active |
| US Court of Appeals - 9th Circuit | March 24, 2017 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

No

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

No

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

No

IX.  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X.  Local counsel of record associated with Applicant in this matter is

Gaby G. Rawlings                                                         , who has offices at

Gruger Hail Johansen Shank LLP, 1445 Ross Avenue, Suite 2500
(Street Address)

Dallas                                    TX                 75202-2711
(City)                                    (State)           (Zip Code)

(214) 855-6800                            (214) 855-6808
(Telephone No.)                           (Facsimile No.)

XI.  Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 30th day of January, 2018.

Thomas A. Berry
Printed Name of Applicant

*Thomas A. Berry*
Signature



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *THOMAS ARTHUR BERRY*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that THOMAS ARTHUR BERRY, #317371, was on the 6th day of December, 2017, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 22nd day of January, 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Wong, *Senior Deputy Clerk*