**Gruber Hail Johansen Shank**

**JASON T. WEBER**
Direct Dial: 214.855.6812
Facsimile: 214.855.6808
Email: jweber@ghtrial.com

March 15, 2018

Honorable A. Joe Fish
Northern District of Texas
1100 Commerce St. # 1452
Dallas, TX 75242

Re: *Rave Salon Inc. d/b/a Joosie Vapes v. Food and Drug Administration; Scott Gottlieb, M.D., in his official capacity as Commissioner of Food and Drugs; and Alex Azar, in his official capacity as Secretary of Health and Human Services*, Civil Action No. 3:18-CV0237-G; United States District Court, Northern District, Dallas Division.

Dear Judge Fish,

This letter is in response to your Order dated March 1, 2018. Tom H. Crawford, III had two accounts with the Northern District of Texas under both Tom H. Crawford and Trey Crawford with the same Texas State Bar Number, 24059623. The Clerk of the Court has since merged the two accounts into Trey Crawford. Trey Crawford is a member of the Bar of the Northern District of Texas and was admitted on December 18, 2007.

Please do not hesitate to contact me with any additional questions or information that would assist the Court.

Very truly yours,

*Jason T. Weber*

Jason T. Weber
**Counsel for Plaintiff**