# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RAVE SALON INC. d/b/a JOOSIE VAPES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:18-cv-00237-G-BT |
| FOOD AND DRUG ADMINISTRATION; SCOTT GOTTLIEB, M.D., in his official capacity as Commissioner of Food and Drugs; and ALEX AZAR, in his official capacity as Secretary of Health and Human Services, | § § § § § § § | |
| Defendants. | § § § | |

## PLAINTIFF'S MOTION FOR STAY OF THE COURT'S JUNE 4, 2018 ORDER

**DAMIEN M. SCHIFF** (Cal. Bar No. 235101)\*
**WENCONG FA** (Tex. Bar No. 24087487)\*
**THOMAS A. BERRY** (Cal. Bar No. 317371)\*
 \**Pro Hac Vice*
Pacific Legal Foundation
930 G Street
Sacramento, California  95814
Telephone:  (916) 419-7111
Email:  WFa@pacificlegal.org

**JASON T. WEBER** (Tex. Bar No. 24075251)
**TOM HILL CRAWFORD, III** (Tex. Bar No. 24059623)
Crawford, Wishnew, & Lang PLLC
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4510
Email: jweber@cwl.law

*Attorneys for Plaintiff*

Plaintiff Rave Salon D/B/A/ Joosie Vapes (Joosie Vapes) hereby moves for a stay of this Court's June 4, 2018 Order, which transfers this case to the United States District Court for the District of Columbia, in order to permit Joosie Vapes a reasonable period of time, to and including July 6, 2018, to decide whether to seek review of the transfer order in the United States Court of Appeals for the Fifth Circuit.

DATED:  June 8, 2018.

Respectfully submitted:

By  _____/s/ Wencong Fa_____
   **DAMIEN M. SCHIFF** (Cal. Bar No. 235101)
   **WENCONG FA** (Tex. Bar No. 24087487)
   **THOMAS A. BERRY** (Cal. Bar No. 317371)
   Pacific Legal Foundation
   930 G Street
   Sacramento, California  95814
   Telephone:  (916) 419-7111
   Email:  Wfa@Pacificlegal.Org

   **JASON T. WEBER** (Tex. Bar No. 24075251)
   **TOM HILL CRAWFORD, III** (Tex. Bar No. 24059623)
   Crawford, Wishnew, & Lang Pllc
   1700 Pacific Avenue, Suite 2390
   Dallas, Texas 75201
   Telephone: (214) 817-4510
   Email: Jweber@Cwl.Law
   *Attorneys For Plaintiff*

2

## CERTIFICATE OF CONFERENCE

This is to certify that, on June 8, 2018, I conferred with Defendants' counsel, Michelle Bennett, about the relief requested in this motion. Defendants' counsel indicated that the motion is opposed.

                                                                       /s/ Wencong Fa
                                                                       WENCONG FA

## CERTIFICATE OF SERVICE

On June 8, 2018, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically.

/s/ Wencong Fa  
WENCONG FA