UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAVE SALON, INC., doing business as JOOSIE VAPES, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:18-CV-0237-G |
| SCOTT GOTTLIEB, ET AL., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the court is the plaintiff's motion for stay of the court's June 4, 2018

order (docket entry 28).  The motion is **DENIED**.

**SO ORDERED.**

June _11_, 2018.


_____
A. JOE FISH
Senior United States District Judge