# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Moose Jooce, et al., | |
| Plaintiffs, | |
| v. | No. 18-cv-203 CRC |
| Food and Drug Administration, et al., | Hon. Christopher R. Cooper |
| Defendants. | United States District Judge |
| Rave Salon, Inc., d/b/a Joosie Vapes, | |
| Plaintiff, | |
| v. | No. 18-cv-1615 CRC |
| Food and Drug Administration, et al., | |
| Defendants. | |
| Jen Hoban d/b/a Masterpiece Vapors, et al., | |
| Plaintiffs, | |
| v. | No. 19-cv-372 CRC |
| Food and Drug Administration, et al., | |
| Defendants. | |

## <u>NOTICE</u>

Defendants respectfully submit this notice to inform the Court and Plaintiffs that during preparation for the upcoming oral argument in the above-captioned matters, Defendants' counsel from the Department of Justice learned for the first time that, on May 2, 2019, the Acting Commissioner of Food and Drugs, Dr. Norman E. Sharpless, M.D., signed a memorandum updating the delegations that are memorialized in FDA Staff Manual Guide Section 1410.21, titled *Delegation of Authority for General Redelegations of Authority from the Commissioner to Other Officers of the Food and Drug*

*Administration*.  The FDA memorandum updating those delegations is attached to this filing as Exhibit 1.

Consistent with the previous delegations of authority that are contained in the administrative record, the delegations of authority described in the May 2, 2019 memorandum may be modified (or revoked entirely) at any time, and the Acting Commissioner "may continue to exercise all delegated authority referenced" therein.  Ex. 1, Section 1(A).  Also consistent with those previous delegations of authority, the Associate Commissioner for Policy has authority to issue proposed and final rules. *See* Ex. 1, Section 1(H)(1).  In addition, the memorandum reflects a reorganization that created a new political position, the Principal Associate Commissioner for Policy, who supervises the Associate Commissioner for Policy and also has authority to issue rules.  *See id.*

Defendants believe that any distinctions between this delegation and the delegations contained in the administrative record are immaterial.  In any event, Defendants continue to agree with Plaintiffs that the relevant delegations of authority are those that were in effect at the time of the issuance of the Deeming Rule.  *See* Pls.' Mot. for Summ. J. (ECF No. 26) at 14 n.6.  And *none* of these delegations is relevant at all, should the Court agree with either of Defendants' threshold arguments: (1) that any Appointments Clause claim has been forfeited, and (2) any Appointments Clause defect has been cured on the merits by one or more ratifications from FDA Commissioners who were unquestionably appointed consistently with the Constitution.

Finally, as explained in the Government's briefs, notwithstanding the delegations of authority described in the administrative record and in the memorandum attached to this notice, as a matter of current practice, most recent proposed and final regulations have been co-signed by the Acting Commissioner of Food and Drugs and the Deputy Secretary of Health and Human Services.  *See, e.g.*, *Premarket Tobacco Product Applications and Recordkeeping Requirements*, 84 Fed. Reg. 50,566 (Sept. 25, 2019).

Dated: October 21, 2019

Of counsel:

ROBERT P. CHARROW
General Counsel
U.S. Dep't of Health and Human Services

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
U.S. Dep't of Health and Human Services

PERHAM GORJI
Deputy Chief Counsel for Litigation

WENDY S. VICENTE
Senior Counsel

PETER G. DICKOS
Associate Chief Counsel
Office of the Chief Counsel
Food and Drug Administration

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Stephen M. Pezzi*
GARRETT COYLE
STEPHEN M. PEZZI
  (D.C. Bar. No. 995500)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*